UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HILL, | No. 2:19-cv-0512 MCE DB P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT KERNAN, et al., | |
| Defendants. | |

Plaintiff has filed a notice of voluntary dismissal. (ECF No. 19.) Because the pleading has not yet been served on any defendant and no appearances have yet been made, the dismissal does not require court order. Accordingly, IT IS HEREBY ORDERED that the Clerk of Court close this case pursuant to plaintiff's notice.

Dated: April 10, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1